RYAN, APPELLEE, *v.* DOLIN ET AL.; LUMBERMENS
MUTUAL CASUALTY COMPANY, APPELLANT.

[Cite as *Ryan v. Dolin,* 101 Ohio St.3d 204, 2004-Ohio-713.]

(No. 2003–1343—Submitted December 15, 2003—Decided March 3, 2004.)

{¶ 1} The motion for this court to reconsider its judgment entry and decision in *In re Uninsured & Underinsured Motorist Coverage Cases*, 100 Ohio St.3d 302, 2003-Ohio-5888, 798 N.E.2d 1077, ¶ 83, is granted.

{¶ 2} The judgment of the court of appeals is reversed. The cause is remanded to the trial court for the application of *Westfield Ins. Co. v. Galatis*, 100 Ohio St.3d 216, 2003-Ohio-5849, 797 N.E.2d 1256.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

Nurenberg, Plevin, Heller & McCarthy Co., L.P.A., Kathleen J. St. John and Leon M. Plevin, for appellee.

Robert W. Kerpsack Co., L.P.A., and Robert W. Kerpsack, urging reconsideration for amicus curiae Bruce J. German.